Socorro **ROQUE–ESPINOSA,** Petitioner,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–76974.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 13, 2007.

Filed April 23, 2007.

Matthew Boyd Weber, Esq., Scott A. Marks, Weber & Marks, PLLC, Seattle, WA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, Russell J.E. Verby, Esq., Karen Y. Stewart, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI and FISHER, Circuit Judges, and GUILFORD,* District Judge.

**MEMORANDUM ***

Petitioner does not dispute that he was convicted under subsection (1)(b) of Or.

---

* The Honorable Andrew Guilford, United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Rev.Stat. § 163.415, and the BIA correctly determined that such a conviction qualifies as "sexual abuse of a minor" pursuant to *In re Rodriguez–Rodriguez,* 22 I. & N. Dec. 991, 995–96 (BIA 1999). We held in *Afridi v. Gonzales,* 442 F.3d 1212, 1216 (9th Cir.2006), that the BIA's construction of the statute in *Rodriguez–Rodriguez* is permissible, so we must defer to the BIA's interpretation. Because the BIA properly determined that petitioner was removable for having committed an aggravated felony, we lack jurisdiction to review his petition. *See* 8 U.S.C. § 1252(a)(2)(C).

**DISMISSED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.